1  MICHAEL P. LOWRY, ESQ.
   Nevada Bar No. 10666
2  E-mail: Michael.Lowry@wilsonelser.com
   DOUGLAS M. ROWAN, ESQ.
3  Nevada Bar No. 4736
   E-mail: Douglas.Rowan@wilsonelser.com
4  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
5  Las Vegas, Nevada 89101-6014
   Tel: (702) 727-1400/Fax: (702) 727-1401
6  Attorneys for FedEx Office and Print Services, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR M. DIGGS, an individual, | Case No.: 2:18-cv-2114 |
| Plaintiff, | |
| vs. | **Stipulation and Order to Amend Complaint** |
| FEDEX OFFICE AND PRINT SERVICES, INC., a foreign corporation; DOE INDIVIDUALS 1 through 10, inclusive; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | |
| Defendants. | |

FedEx Office and Print Services, Inc. removed this matter on November 2, 2018 and moved to dismiss cause of action three. The parties stipulate that Plaintiff may file an amended complaint that eliminates this cause of action, instead incorporating it within the first cause of action. The result is the amended complaint will have two causes of action. Plaintiff will not be required to re-serve the amended complaint.

///

///

///

///

///

///

///

///

Further, as a result of this stipulation, FedEx Office's motion to dismiss (ECF No. 3) is moot.

| DATED this 7th day of November, 2018 | DATED this 7th day of November, 2018 |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | NETTLES LAW FIRM |
| */s/ Michael P. Lowry* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, Nevada 89101-6014 <br> Tel: 702.727.1400/Fax: 702.727.1401 <br> Attorneys for FedEx Office and Print Services, Inc. | */s/ Jennifer A. Peterson* <br> Brian D. Nettles, Esq. <br> Nevada Bar No. 7462 <br> Jennifer A. Peterson, Esq. <br> Nevada Bar No. 11242 <br> 1389 Galleria Drive, Suite 200 <br> Henderson, Nevada 89014 <br> Attorneys for Taylor M. Diggs |

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 8, 2018

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on November 7, 2018, I served **Stipulation and Order to Amend Complaint** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

BY: */s/ Michael P. Lowry*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP